In the Matter of Supplementary Proceedings: WARREN G. SCHALLER and Others, as Executors, etc., of WILLIAM M. MOORE, Deceased, and Another, Judgment Creditors, Appellants, v. ADELAIDE L. MOORE, Judgment Debtor, and AARON SCHNEIDER and Others, Respondents. In the Matter of Supplementary Proceedings: AQUEDUCT AVENUE WEST BUILDING CORPORATION, Judgment Creditor, Appellant, v. ADELAIDE L. MOORE, Judgment Debtor, and AARON SCHNEIDER and Others, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. CARDO LABORATORIES, INC., and DOMONICK M. ROPPO, Defendants. (ARNOLD M. GOLDSTEIN, Receiver Appointed under Section 353-a of the General Business Law, Respondent.) — Order unanimously reversed and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOHN T. MAJOR, Appellant, v. MARGUERITE MAJOR, Respondent.— Order, so far as appealed from, unanimously reversed and motion to that extent denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE INGALLS IRON WORKS COMPANY, Plaintiff, v. LASALA MASON CORPORATION, Appellant, ARTISTIC METAL & ROOFING CO., INC., and THE PARAGON PLASTER CO., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent Artistic Metal & Roofing Co., Inc. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of SAMUEL SELIGMAN and Others, Petitioners, Appellants, for an Order of Peremptory Mandamus against JAMES E. FINEGAN and Others, Constituting the Municipal Civil Service Commission of the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ABRAHAM ELLIS, Plaintiff, v. HARRY SHERMAN, as President of the Moving Picture Machine Operators' Union of Greater New York, Local 306 of the International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, a Voluntary Association of Seven or More Members, Defendant. Amended, by order appealed from, to: ABRAHAM ELLIS, Respondent, v. JACOB BASSON, as President of the Moving Picture Machine Operators' Union of Greater New York, etc., Appellant [Appearing Specially].— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MOSES ROBINSON and Others, Appellants, v. JAMES J. BAMBRICK, Individually and as President of Local 32-B of the Building Service Employees' International Union, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.